UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:24-cv-22442-CMA

NIGEL FRANK DE LA TORRE PARDO,

     Plaintiff,

v.

KROME PLAZA, CORPORATION;
TUBA HOLDINGS LLC d/b/a AGABE
FOODS; CATALANA BAKERY CORP d/b/a
LA CATALANA BAKERY & PIZZA; and
TARIACURI INC. d/b/a TARIACURU,

     Defendants.

_____/

## JOINT NOTICE OF SETTLEMENT

     Plaintiff, NIGEL FRANK DE LA TORRE PARDO, and Defendant, TARIACURI INC. d/b/a TARIACURU, by and through their undersigned counsels, hereby notify this Court that the parties have settled this matter. The parties request ten (10) days to execute the settlement agreement and file an appropriate stipulation of dismissal.

Dated: August 8, 2024.                Respectfully submitted,

| | |
|---|---|
| **Ramon J. Diego** | **Daniel R. Levine** |
| RAMON J. DIEGO, ESQ. | DANIEL R. LEVINE, ESQ. |
| Florida Bar No. 689203 | Fla. Bar No. 0057861 |
| E-Mail: rdiego@lawgmp.com | E-Mail: DRL@PBL-Law.com |
| THE LAW OFFICE OF RAMON J. DIEGO, P.A. | PADULA BENNARDO LEVINE, LLP |
| 5001 SW 74th Court, Suite 103 | 3837 NW Boca Raton Blvd., Suite 200 |
| Miami, FL 33155 | Boca Raton, FL 33431 |
| Telephone: (305) 350-3103 | Telephone: (561) 544-8900 |
| *Counsel for Plaintiff* | *Counsel for Defendant Tariacuri, Inc.* |