**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 1:24-cv-22442-CMA

NIGEL FRANK DE LA TORRE PARDO,

    Plaintiff,
v.

KROME PLAZA, CORPORATION; TUBA HOLDINGS LLC d/b/a AGABE FOODS; CATALANA BAKERY CORP d/b/a LA CATALANA BAKERY & PIZZA; and TARIACURI INC. d/b/a TARIACURU,

    Defendants.
_____/

## JOINT STIPULATION OF FINAL DISMISSAL WITH PREJUDICE

Plaintiff, NIGEL FRANK DE LA TORRE PARDO, ("Plaintiff"), and Defendant, TARIACURI INC. d/b/a TARIACURU ("Defendant"), by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby STIPULATE AND AGREE that this matter has been settled and to the immediate dismissal of this action with prejudice with each party to bear its own attorney's fees and costs except as indicated in the settlement agreement.

STIPULATED AND AGREED by Counsel for the Parties on the dates below written.

Respectfully submitted on September 3, 2024.

| | |
|---|---|
| /s/ *Beverly Virues* | /s/ *Daniel R. Levine* |
| BEVERLY VIRUES | DANIEL R. LEVINE |
| Florida Bar No. 123713 | Florida Bar No. 0057861 |
| **GARCIA-MENOCAL, P.L.** | ROBIN I. FRANK |
| 350 Sevilla Avenue, Suite 200 | Florida Bar No. 0649619 |
| Coral Gables, Florida 33134 | **PADULA BENNARDO LEVINE, LLP** |
| Telephone: (305) 553- 3464 | 3837 NW Boca Raton Blvd., Suite 200 |
| Email: bvirues@lawgmp.com | Boca Raton, FL 33431 |
| *Counsel for Plaintiff* | Telephone: (561) 544-8900 |
| | Emails: drl@pbl-law.com; |
| | rif@pbl-law.com |
| | *Counsel for Defendant, Tariacuri, Inc.* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this September 3, 2024.

> **GARCIA-MENOCAL, P.L.**
> *Attorneys for Plaintiff*
> 350 Sevilla Avenue, Suite 200
> Coral Gables, Fl 33134
> Telephone: (305) 553-3464
> Fax: (855) 205-6904
> Primary E-Mail:  bvirues@lawgmp.com
> Secondary  E-Mails: amejias@lawgmp.com; aquezada@lawgmp.com
>
> By: ___*/s/  Beverly Virues*_____
>        BEVERLY VIRUES