**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 1:24-cv-22442-CMA

NIGEL FRANK DE LA TORRE PARDO,

     Plaintiff,

v.

KROME PLAZA, CORPORATION;
TUBA HOLDINGS LLC d/b/a
AGABE FOODS; CATALANA
BAKERY CORP d/b/a LA
CATALANA BAKERY & PIZZA;
and TARIACURI INC. d/b/a
TARIACURU,
     Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, NIGEL DE LA TORRE PARDO, and Defendants, KROME PLAZA, CORPORATION and TUBA HOLDINGS LLC d/b/a AGABE FOODS, hereby advise the Court that the parties have reached an agreement to settle the instant case. The Parties will file a Stipulation dismissing this Action with prejudice no later than fifteen (15) days from the date of this Notice. Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines in this case as to Defendants, KROME PLAZA, CORPORATION and TUBA HOLDINGS LLC d/b/a AGABE FOODS only.

Respectfully submitted this September 17, 2024.

/s/ *Ramon J. Diego*                        /s/ *Arthur Spiegel*
RAMON J. DIEGO                              ARTHUR SPIEGEL
Florida Bar No. 68920                       Florida Bar No. 460273
**THE LAW OFFICE OF RAMON**                 **ARTHUR SPIEGEL, ESQ., PA**
**J. DIEGO, P.A.**                          8900 SW 117th Avenue, Suite C-205
5001 SW 74th Court, Suite 103               Miami, FL 33186
Miami, FL 33155                             Telephone: (305) 752-00044
Telephone: (305) 350-3103                   Email: arthurspiegel@gmail.com
Email: ramon@rjdiegolaw.com                 *Counsel for Defendant, Krome Plaza*
*Counsel for Plaintiff*                     *Corporation and Tuba Holdings, LLC*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court

by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to

all counsel of record on this September 17, 2024.

Respectfully submitted,

**THE LAW OFFICE OF RAMON J. DIEGO, P.A.**
*Attorneys for Plaintiff*
5001 SW 74th Court, Suite 103
Miami, FL, 33155
Telephone: (305) 350-3103
Primary E-Mail: ramon@rjdiegolaw.com

By: ___*/s/ Ramon J. Diego*_____
RAMON J. DIEGO

2