UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-22442-CMA

NIGEL FRANK DE LA TORRE PARDO,

    Plaintiff,

v.

KROME PLAZA, CORPORATION;
TUBA HOLDINGS LLC d/b/a
AGABE FOODS; CATALANA
BAKERY CORP d/b/a LA
CATALANA BAKERY & PIZZA;
and TARIACURI INC. d/b/a
TARIACURU,

    Defendants.
_____/

## JOINT STIPULATION OF FINAL DISMISSAL WITH PREJUDICE

Plaintiff, NIGEL FRANK DE LA TORRE PARDO, and Defendants, KROME PLAZA, CORPORATION and TUBA HOLDINGS LLC d/b/a AGABE FOODS, by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby STIPULATE AND AGREE that this matter has been settled and to the immediate dismissal of this action with prejudice as to Defendant, KROME PLAZA, CORPORATION and TUBA HOLDINGS LLC d/b/a AGABE FOODS, with each party to bear its own attorney's fees and costs except as indicated in the settlement agreement.

STIPULATED AND AGREED by Counsel for the Parties on the dates below written.

Respectfully submitted on September 26, 2024.

| | |
|---|---|
| /s/ *Ramon J. Diego* | /s/ *Arthur Spiegel* |
| RAMON J. DIEGO | ARTHUR SPIEGEL |
| Florida Bar No. 68920 | Florida Bar No. 460273 |
| **THE LAW OFFICE OF RAMON J. DIEGO, P.A.** | **ARTHUR SPIEGEL, ESQ., PA** |
| 5001 SW 74th Court, Suite 103 | 8900 SW 117th Avenue, Suite C-205 |
| Miami, FL 33155 | Miami, FL 33186 |
| Telephone: (305) 350-3103 | Telephone: (305) 752-00044 |
| Email: ramon@rjdiegolaw.com | Email: arthurspiegel@gmail.com |

*Counsel for Plaintiff*                    *Counsel for Defendant, Krome Plaza*
                                           *Corporation and Tuba Holdings, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record on September 26, 2024.

**THE LAW OFFICE OF RAMON J. DIEGO, P.A.**
*Attorneys for Plaintiff*
5001 SW 74th Court, Suite 103
Miami, FL, 33155
Telephone: (305) 350-3103
Primary E-Mail: ramon@rjdiegolaw.com

By: */s/ Ramon J. Diego*
RAMON J. DIEGO