UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-22442-CIV-ALTONAGA/Reid

**NIGEL FRANK DE LA TORRE PARDO**,

      Plaintiff,

v.

**KROME PLAZA, CORPORATION**; *et al.*,

      Defendants.

_____/

## ORDER

**THIS CAUSE** came before the Court on Plaintiff, Nigel Frank De La Torre Pardo's Renewed Motion for Default Final Judgment [ECF No. 60], filed on September 20, 2024.  For the reasons set forth in the Court's Order [ECF No. 62] granting the Motion, it is

**ORDERED AND ADJUDGED** that judgment is hereby entered in favor of Plaintiff, Nigel Frank De la Torre Pardo, and against Defendant, Catalana Bakery Corp. as follows:

      1.      The Court declares and finds that Defendant's restaurant contains access barriers and is not fully and equally accessible to physically disabled people, such as Plaintiff, in violation of Title III of the Americans with Disabilities Act, 42 U.S.C. §§ 12181–12189.

      2.      Within six (6) months of the date of this Order, Defendant is required to remove architectural barriers to the physically disabled when such barriers existed prior to January 26, 1992 and when such removal is readily achievable. *See* 42 U.S.C. § 12182(b)(2)(A)(IV); 28 C.F.R. § 36.304(a).  In the alternative, if there has been an alteration to Defendant's place of public accommodation since January 26, 1992, then Defendant is required to ensure, to the maximum extent feasible, that the altered portions of the facility are readily accessible to and usable by individuals with disabilities, including individuals who use wheelchairs.  *See* 42 U.S.C. §

CASE NO. 24-22442-CIV-ALTONAGA

12183(a)(2); 28 C.F.R. § 36.402.  Finally, if Defendant's facility is one which was designed and constructed for first occupancy, subsequent to January 26, 1993, as defined in 28 C.F.R. section 36.401, then Defendant's facility must be readily accessible to and usable by individuals with disabilities, as defined by the ADA, except where structurally impracticable.  *See* 42 U.S.C. § 12183(a)(1); 28 C.F.R. § 36.401.

**DONE AND ORDERED** in Miami, Florida, this 7th day of October, 2024.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:     counsel of record

2